5614.

(Court of Appeal, Parish of Orleans.)

## FRANK J. COMMENT vs. JOHN J. PENDERGRAST.

In accordance with a stipulation on file executed by counsel for all parties in interest, the appeal is dismissed.

Appeal from the Civil District Court, Division "B."

A. J. Rossi, for plaintiff and appellee.

K. V. Richard, defendant and appellant.

GODCHAUX, J.—Counsel for the parties in interest have filed herein a stipulation to the effect that the matters have been adjusted and settled and that they desire that the appeal be dismissed at appellant's costs.

It is accordingly ordered and decreed that the appeal be dismissed at appellant's costs.

Appeal dismissed.

June 10th, 1912.

————O————

5603.

(Court of Appeal, Parish of Orleans.)